IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 750 |
| v. | ) | |
| | ) | Judge Wayne R. Andersen |
| JOSEPH LEVATO and | ) | |
| BENJAMIN MUOGHALU | ) | |

**APPLICATION FOR ORDER TO DISCLOSE
TAX RETURNS AND RETURN INFORMATION**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for

the Northern District of Illinois, pursuant to 26 U.S.C. § 6103(i)(1), makes application to the

Court for an order directing the Internal Revenue Service to disclose to applicant certified copies

of tax return information issued to defendant Benjamin Muoghalu,[1] which tax returns and return

information are described as certified copies of IRS Forms 1099 from Company A for tax years

2001 and 2002, issued to Benjamin Muoghalu.

In support of his application, applicant avers the following:

1.        There is reasonable cause to believe, based upon the indictment in this case and

information believed to be reliable, that violations of Title 18, United States Code, Sections 371,

1341 and 1346 and Title 42, United States Code, Sections 1320a-7b(b)(1)(B) and 1320a-

7b(b)(2)(B) have been committed, that is, a conspiracy to pay kickbacks and a scheme to use the

United States mail to further the kickback conspiracy.

---

[1]Because this is a public filing, the government is not including the Social Security number or other
personal identifying information of Benjamin Muoghalu, nor the identity of Company A.  Instead,
the government requests that the court's order instruct the U.S. Attorney's Office to provide the
Internal Revenue Service with such information.

Specifically, there is evidence that the defendants conspired to knowingly and willfully solicit and receive, and to knowingly and wilfully offer and pay, kickbacks from defendant Levato at Company A to defendant Muoghalu at Hospital A, in return for defendant Muoghalu purchasing, arranging for the purchase of, and recommending purchasing the drug Lovenox from Company A by Hospital A.  Defendants agreed to conceal and disguise the kickbacks as reimbursement or payment for "speaking events" by defendant Muoghalu at various hospitals, knowing the kickbacks were unrelated to any speaking events by defendant Muoghalu.  To conceal the kickbacks, defendant Muoghalu entered into a Speaker Agreement that stated that Company A would pay defendant Muoghalu $2,000 for any event at which he spoke that lasted less than four hours, knowing that any payments to defendant Muoghalu were, in fact, kickbacks for Muoghalu's agreement to purchase or recommend the purchase of Lovenox by Hospital A and were not for any speaking engagements.

In exchange for defendant Muoghalu's recommendation to Hospital A that it purchase Lovenox from Company A, defendant Levato arranged to have the kickback payments delivered to defendant Muoghalu by directing employees of Company A to deliver a series of $2,000 checks to Muoghalu at Hospital A when these employees were engaged in business activities at Hospital A.  Muoghalu then deposited the checks into his bank accounts and used the proceeds for personal expenses.  To further conceal the kickback scheme, defendant Levato caused Company A to issue and mail to defendant Muoghalu an IRS Form 1099 for each of the tax years 2001 and 2002 in order to disguise the kickbacks as legitimate compensation to defendant Muoghalu for speaking engagements.

2.          There is reasonable cause to believe the above-described tax return information is or may be relevant to a matter related to the commission of the above-mentioned violations of Title 18, United States Code, Sections 371, 1341 and 1346 and Title 42, United States Code, Sections 1320a-7b(b)(1)(B) and 1320a-7b(b)(2)(B) in that the tax documents will provide information and leads confirming that Company A issued IRS Forms 1099 to Muoghalu for the amount of the kickback payments Levato caused to be made to Muoghalu.

3.          The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from any other source, and is sought exclusively for use in the federal criminal investigation and trial of the above-mentioned violations of Title 18, United States Code, Sections 371, 1341 and 1346 and Title 42, United States Code, Sections 1320a-7b(b)(1)(B) and 1320a-7b(b)(2)(B).

Applicant further states that, in addition to herself,

William Luzcak, Special Agent, Department of Health and Human Services, and
Thomas Harkness, Special Agent, Food and Drug Administration,

are personally and directly engaged in investigation the above-mentioned violations of Title 18, United States Code, Sections 371, 1341 and 1346 and Title 42, United States Code, Sections 1320a-7b(b)(1)(B) and 1320a-7b(b)(2)(B), and in preparing the matter for trial. The information sought herein is solely for our use for that purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103(I)-1.

WHEREFORE, applicant prays the Court enter an order on this application directing

disclosure by the Internal Revenue Service of the tax return information specified herein.

Respectfully submitted,

s/ Patrick J. Fitzgerald
PATRICK J. FITZGERALD
United States Attorney

By:  s/ Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 S. Dearborn St.- 5th Floor
Chicago, IL 60604
312-353-5314

Dated: December 20, 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 750 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| JOSEPH LEVATO and | ) | |
| BENJAMIN MUOGHALU | | |

CERTIFICATE OF SERVICE

     The undersigned Assistant United States Attorney hereby certifies that the following documents:

APPLICATION FOR ORDER TO DISCLOSE  TAX  RETURNS
AND RETURN INFORMATION

was served on December 20, 2007, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


                                        PATRICK J. FITZGERALD
                                        United States Attorney


                                        s/Lisa M. Noller
                                        LISA M. NOLLER
                                        Assistant United States Attorney
                                        219 South Dearborn Street
                                        Chicago, Illinois
                                        (312) 353-5314

5