# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 7 CR 750 | DATE | 12/21/2007 |
| CASE TITLE | United States of America vs. Joseph Levato and Benjamin Muoghalu | | |

**DOCKET ENTRY TEXT**

Enter order for disclosure of tax returns and return information.

■ [ For further detail see separate order(s).]　　　　　　　　　　　Docketing to mail notices.

Courtroom Deputy Initials:  TSA