

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 750 |
| | ) | |
| JOSEPH LEVATO and | ) | |
| BENJAMIN MUOGHALU | ) | |

**ORDER FOR DISCLOSURE OF
TAX RETURNS AND RETURN INFORMATION**

The United States Attorney for the Northern District of Illinois has made an application

for an order, pursuant to 26 U.S.C. § 6103 (i)(1), directing the Internal Revenue Service to

disclose certified copies of tax return information of Benjamin Muoghalu,[1] namely, IRS Forms

1099 for the tax years ending in 2001 and 2002, issued by Company A to Benjamin Muoghalu.

After examining the application, this Court finds:

1.    There is reasonable cause to believe that violations of federal criminal statutes,

namely Title 18, United States Code, Sections 371, 1341 and 1346 and Title 42, United States

Code, Sections 1320a-7b(b)(1)(B) and 1320a-7b(b)(2)(B), have been committed;

2.    There is reasonable cause to believe that the above-described tax return

information are or may be relevant to a matter related to the commission of the above mentioned

violations; and

---

[1] The U.S. Attorney's Office is ordered to provide the Internal Revenue Service with the Social
Security number and any other identifying information of Benjamin Muoghalu and the identity and
taxpayer identification number of Company A for the Internal Revenue Service to comply with this
order.

3.      The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from any other source, and is sought exclusively for the use in the federal criminal investigation and trial of the above-mentioned violations.

The Court further finds that applicant and;

William Luzcak, Special Agent, Department of Health and Human Services, and
Thomas Harkness, Special Agent, Food and Drug Administration,

are personally and directly engaged in and the information sought is solely for their use in investigating and preparing for trial concerning the above mentioned violations.

IT IS THEREFORE ORDERED that the Internal Revenue Service:

(1) Disclose such tax returns and return information as described as IRS Forms 1099 for the tax years ending in 2001 and 2002 from Company A issued to defendant Benjamin Muoghalu;

(2) Certify where tax return information described above has not been filed or are not on file with the Internal Revenue Service that no such return information has been filed or is on file;

(3)      Disclose such return information described above as may come into the possession of the Internal Revenue Service subsequent to the date of this order, but for not longer than 30 days thereafter;

(4)      Disclose such tax return information and make such certifications only to the applicant, and

William Luzcak, Special Agent, Department of Health and Human Services, and
Thomas Harkness, Special Agent, Food and Drug Administration,

and to no other person; and,

(5)      Disclose no tax return information not described above.

2

IT IS FURTHER ORDERED that applicant and

William Luzcak, Special Agent, Department of Health and Human Services, and
Thomas Harkness, Special Agent, Food and Drug Administration,

and any attorney of the United States Department of Justice who may be subsequently assigned

in this matter, shall use the tax returns and return information disclosed solely in investigating

the above-mentioned violations of Title 18 and Title 42 and in preparing the matter for trial.  No

disclosure shall be made to any other person except in accordance with the provisions of 26

U.S.C. § 6103 and 26 C.F.R. § 301.6103 (I) -1.


WAYNE R. ANDERSEN
United States District Judge

DATED December 21, 2008

3